In Admiralty

Jeremy Lafitte
c/o 1426 Linden Street
Oakland, California [94607]
(510) 712 5934

**E-Filing**

FILED

JUN 2 0 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### NORTHERN DISTRICT COURT

_____ALAMEDA COUNTY, CALIFORNIA_____

| | |
|---|---|
| $16,000,000.00 USD Asset Property/Proceeds of sale/Cargo located at1325 Broadway Ave Oakland CA 94612<br><br>(Ex Parte In Rem Captured Prize Property) | NOTICE AND PETITION OF ENFORCEMENT OF MARITIME LIEN, ADJUDICATION AND DECLARATION OF CONDEMNED CAPTURED PRIZE PROPERTY AND ASSET FORFETURE |

Fee
Pd.
µP

CV- 16 - 80 1 2 8 -MISC.

MEJ

Jeremy Lafitte Real Party In Interest/ Lien Claimant

_____

COMES NOW Jeremy Lafitte, a Real Party Interest , Lien Claimant who is neutral in the public, who is unschooled in law, and making a special appearance before this court notices the court of enunciation of principles as stated in *Haines v.Kerner,* 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather in than the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any other defenses

California state          )
                                   ) affirmed
alameda county          )

I, Jeremy Lafitte, over the age of twenty-one years, competent to witness and with firsthand

knowledge do affirm and say that:

NOTICE OF SUBJECTMATTER JURISDICTION AND VENUE

1.  This court has territorial jurisdiction to enforce this Admiralty Action In Rem as having a Secured Propriety Interest/ Lien against $16,000,000.00(USD) as asset property/ proceeds of sale/ cargo goods located at 1325 Broadway Ave Oakland CA 94612 CITI BANK, as captured Prize Property located in the courts territorial District and this district court is the proper venue. This court has subject matter jurisdiction Resulting from a claim of a Maritime Tort Negligence under the general Maritime Law Resulting in a Maritime Lien against vessel CITI BANK 1325 Broadway Ave Oakland CA 94612 as per the personification doctrine

2.  The United States Judicial Power Extends to "all Cases of admiralty and maritime jurisdiction" as the Successor (Title 28 USC sec. 1333, Title 10 USC sec 7651-7681)

NOTICE OF PARTIES TO AFFIDAVIT OF OBLIGATION COMMERCIAL LIEN/ (Exhibit 1A)
3.  Parties to Lien
     Jeremy Lafitte as Lien Claimant c/o Notary Acceptor 634 Grand Ave Oakland Ca 94610

IN REM PRIZE ADJUDICATION

In Admiralty

Lien Debtors

Carmen Yataco NSML ID 671013 dba Personal Banker of Citi Bank 1325 Broadway Oakland Ca 94612

Mike Regan NMLS ID 724828 dba Manager of Citi Bank 1325 Broadway Oakland Ca 94612

Additional Lien Debtors

Micheal Corbal dba CEO of Citi Bank 399 Park Ave. New York NY 10043

ALLEGATIONS/MARITIME CLAIM GIVING RISE TO MARITIME LIEN CAUSE OF ACTION DEFAULT OF LIEN OBLIGATION AND MARITIME TORT AND BREACH OF SERVICE CONTRACT ( Exhibit 2)

4.  On 7-10-14 at about 1:25pm I went to Citi Bank located at 1325 Broadway Oakland CA 94612 to open up an account

5.  While I was inside waiting to be helped, I was approached by a Personal Banker named Carmen how offered to assist me with opening an account

6.  We then proceeded to walk to Carmen's Personal Station Desk so that she can open an account on her work computer

7.  While Applying for the account Carmen began asking me for my personal info to assist with the application process

8.  She then asked for a Social Security Number,

9.  I told her I do not have a Social Security Number, I do not claim U.S. citizenship, my I then requested that I use a w8 form for foreigners / nonresident aliens, instead of a Social Security Number

10.  Carmen then stated that I must have a Social Security Number or I would not be able to open an account

11.  Carmen then called over the branch manager Mike Regen, who came over to Carmen's station to see what the issue was

12.  I then told Mike I don't use a Social Security Number ill use a w8 form instead,

13.  Mike also then said without giving them a social security number they wouldn't open an account

14.  I then stated to both of them that to deny me services for failure to use a Social Security is in fact contrary to Title 42 USCA sec. 408 and that it's a $10,000.00 penalty to compel discloser of a social security number for services, benefits and rights

15.  I asked Carmen and Mike once again would they like to deny me services for failure to give a Social Security Number and compel me to have open in order to open an account

16.  They both said that they wouldn't help me and they wouldn't mind if I seeked resolution for the said damages

17.  I then left out of Citi Bank

18.  On 8-11-2014 I swore of an affidavit of obligation commercial lien / true bill under penalties of perjury on my

IN REM PRIZE ADJUDICATION

In Admiralty

unlimited commercial liability from injury's/damage done by the Lien Debtors actions of denying me services for failure to disclose a social security number, as follows " I Jeremy Lafitte certified on my full commercial liability that I have read the affidavit and do know the contents to be true, correct and complete and not misleading, the truth , the whole truth, and nothing but the truth, and do believe that the described acts have been committed contrary law "

NOTICE OF MAXIMS OF LAW AS THE PROPER LAW OF THE AFFIDAVIT OF COMMERCIAL LIEN ( Exhibit 1)

19. The maxims of law of the Affidavit of Obligation Commercial Lien, Proper law defining the obligations of lien debtors were as follows:

All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.

Truth as a valid statement of reality is sovereign in commerce.

An unrebutted affidavit stands as truth in commerce.

An unrebutted affidavit is acted upon as the judgement in commerce.

Guaranteed—All men shall have a remedy by the due course of law. If a remedy does not exist, or if the existing remedy has been subverted, then one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit. (Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.)

All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses, hence, governments cannot exercise the power to expunge commercial processes.

The Legitimate Political Power of a corporate entity is absolutely dependent upon its possession of Commercial Bonds against Public Hazard, because no Bond means no responsibility, means no power of Official signature, means no real corporate political power, means no privilege to operate statutes as the corporate vehicle.

The Corporate Legal Power is secondary to Commercial Guarantors. Case law is not a responsible substitute for a Bond.

Municipal corporations which include cities, counties, states and national governments have no commercial reality without bonding of the entity, its vehicle (statutes), and its effects (the execution of its rulings).

In commerce, it is a felony for the Officer of a Political/Public Office to not receive and report a Claim to Its Bonding Company, and it is a felony for the agent of a Bonding Company to not pay the Claim.

If a Bonding Company does not get a malfeasant public official prosecuted for criminal malpractice within sixty (60) days then it must pay the full face value of a defaulted Lien process (at 90 days)

Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation, hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bond.

A foreclosure by a summary judgment (non-jury) without a commercial bond is a violation of commercial law.

Governments cannot make unbonded rulings or statutes which control commerce, free enterprise citizens, or sole proprietorships without suspending commerce by a general declaration of martial law.

It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully outside of or

IN REM PRIZE ADJUDICATION

In Admiralty

without the Court.

An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.

An official who impairs, debauches, voids or abridges an obligation of contract or the effect of a commercial lien without proper cause, becomes a lien debtor and his/her property becomes forfeited as the pledge to secure the lien. Pound breach (breach of impoundment) and rescue is a felony.

It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a commercial lien.

Notice to agent is notice to principal; notice to principal is notice to agent.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim-a-facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office.

ESTOPPEL BY ACQUIESCENE
In the event Respondents/Lien Debtors admits to the charges by Tacit Procuration , all issues are deemed settled Stare Decisis and Respondents/Lien debtors may not, cannot, and will not argue, controvert, or otherwise protest the herein administrative findings, in any subsequent process or the finality thereof, whether administrative or judicial

Respondents/Lien Debtors were giving 10days of receipt of charges to respond to all statements and demands herein and/or provide Respondents own answers to inquiries, With the exception of the additional Lien Debtor, CEO Micheal Corbal as being the principle agent was granted 3day of receipt to respond Respondents were to respond to third party witness / Notary Acceptor c/o 634 Grand Ave. Oakland California

20. LEDGERING FOR AFFIDAVIT OF OBLIGATION COMMERCIAL LIEN ( Exhibit 1B- 1C )

Ledgering for the violations of the United States Constitution and Title 42 USCA and Title 18 USCA against the Lien Claimant by Carmen Yataco and Mike Regan Citi Bank 1325 Broadway Ave Oakland California 94612 described in the "Allegations" above is based on Title 18 USCA 241 Conspiracy Against The Rights Of Citizens " If two or more persons conspire to injure, threaten, or intimidate any citizens in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States , or because of his having so exercised the same; or- they shall be fined not more than $10,000 or imprisonment not more than 10 years , or both: and if death results they shall be subject to imprisonment for any term of years or for life " an Title 42 USCA sec 408. Whoever …. "(8) Discloses, uses or compels the disclosure of the social security number of any person in violation of the laws of the United States; shall be guilty of a felony, fined under title 18 USCA or both". Also under 18 USCA 242 Whoever under the laws, Statue, ordinance, regulation or custom, willfully subjects a person in any state, Territory, or District to the deprivation of any right, Privileges, or immunities secured or protected by the constitution or laws of the United states…. Shall be fined,

IN REM PRIZE ADJUDICATION

In Admiralty

imprisoned or both. Title 42 USCA sec 1983 further provides that a violator "shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress

Title 18 USCA sec 242, and 241, and also Title 42 sec. 408, and sec 1983, have all been violated from the described acts of Lien debtors in the allegations above, all valued together at $10,000.00 USD (ten thousand dollars) per Lien Debtor, excluding Title 42 USCA sec 1983 which is a $1000.00 per violation. Also including 200x Punitive Damages, 4x Compensatory Damages awarded by a jury Based on (CLEOPATRA HASLIP et. Al. V. PACIFIC MUTUAL LIFE INSURANCE INC 499 U.S 1, Fed. 2d 1., 111 sec. 1032 (no. 89-1279)) based on the intentional damages after notice and Opportunity was fairly given

21. SURETY/ PROPERTY OF LIEN DEBTORES SECURING DEBT/AFFIDAVIT OF OBLIGATION ( Exhibit 1C)

There are Four (4) Title (USCA) (18 and 42) and Constitutional Violations valued all together by me at $10,000.00 USD (Ten Thousand Dollars) for all 4 Title violations, times 2x Lien Debtors plus 4x Compensation Damages and 200x punitive Damages $10,000 x 2 (Lien Debtors) = $20,000 x 200 (Punitive Damage) = $4,000,000 x 4(Compensatory Damages) = $16,000,000. Demand for payment for a total value of $16,000,000.00 USD (Sixteen Million Dollars) was made to each Lien Debtors Joint and Several. The Surety/ Property to guarantee the payment of the true bill/ Lien is the operational/commercial bonds of each Lien Debtor including the bank in which they work. If the bonds of the Lien Debtors were insufficient for coverage, the assets of the Lien Debtors will be utilized as follows: all real and personal property, moveable property, bank savings and checking accounts, stocks, bonds, uncertified securities, etc. except wedding rings, keepsakes, family photographs, diaries, journals, etc. and the property normally exempted in the lien process.

22. On 8-27-1016 Presentment of the True Bill/ Lien were sent to each Lien Debtor with a Demand for Payment
Carmen Yataco dba Personal Banker for Citi Bank ,Mike Regan dba Manager for Citi Bank
Michael Corbal dba CEO of Citi Bank

23. On September 11, 2014 Neither of the Lien Debtors Responded or effected Payment of the true bill/ Affidavit of Commercial Lien, as an operation of law, Lien Debtors by dishonor of the true bill/ Affidavit of Obligation Commercial Lien created a fault.

24. On 9-12-2014 Lien Debtors were presented the true bill/ Affidavit of Commercial Lien and Notice of Fault and dishonor with the opportunity to cure within 3 days of receipt of the Notice of Fault, with notice of failure to cure will constitute as an operation of law of final admission of the obligation through tacit procuration and the whole matter shall be deemed res judicata and stare decisis,

IN REM PRIZE ADJUDICATION

In Admiralty

25. Responses were to be sent to third party witness as instructed

26. As of 9-30-2014 Lien Debtors Failed to Cure Its Fault after given an opportunity to Cure, and were in Default of its obligations

27. By Lien Debtors Being in Default, they were in bad faith, in violation of public trust, bond, and ministerial duty to do that which is right, Lien debtors instanter waived, yielded up any claim it may have had.

28. The matter is stare decisis and res judicata and Lien Debtors are in estoppel by the failure to respond

CONCLUSION

29. On 8-27-14 Presentment was made for payment of the Lien. A tacit hypothecation of the subject matter was given to Lien Claimant and a property interest in the res as it being $16M as asset property/ cash, attached simultaneously with the cause of action which also imports a right of prejudgment interest for the use of funds to which the Claimant was rightfully entitled starting from 8-27-14 until now

30. On 9-12-14 Lien Debtors created a fault, being in violation of obligation, which in admiralty creates a collision damage, and also establishes the liability of the Lien Debtor, Lien Debtors were giving a fair Notice and Opportunity to cure its fault, which it didn't and imposed strict liability as Lien Debtors, and injury to the Lien Claimant which deserves a damage award of a partial lost, and prejudgment interest for the use of funds to which Lien Claimant is rightful entitled

31. On 9-30-14 Lien Debtors were in default, causing a total loss, under the Wrongful Death on High Seas Act, Lien Claimant died from the Default of Obligations by Lien Debtors and also establishing Lien Debtors Liability for the total amount of the Vessel / Lien in an amount of $16,000,000.00 (Sixteen Million Dollars)

32. On 7-10-14, Lien Claimant was a visitor at the time of injury 0n bored the vessel CITI BANK 1325 Broadway Oakland Ca 94612, A Members of the crew and the vessel master committed a tort / negligence under the general maritime law by violating statues, and laws of the United States and also breach its service contract (United States Constitution to which regulates the charter of vessels, by acting in violation of United States Code as Described above, which in fact gave rise to the Maritime Lien/ cause of action under the "personification theory", in which the vessel is liable for its torts committed. Title to all assets including but not limited to $16M was given by operation of law, imported a property right in the property/cash assets to which Lien Debtors has been using for continued hire and freight until this current date

EXHAUSTION OF ADMINISTRATIVE REMEDY( Exhibits 1-10)

33. Petitioner has exhausted his administrative remedies and completed due process is this matter and has an agreement with the Respondent to waive all future arguments as per judgment in estoppel [Notary certification of non-response], estoppel in pais, collateral estoppel, res judicata, and stare decisis, et al. Respondent has

IN REM PRIZE ADJUDICATION

In Admiralty

agreed to stop all tortuous activity against Petitioner, and Respondent is in contempt for his own agreement, and in contempt of the judgment in estoppel (Certificate of non-response) by the Notary.

34. Petitioner has given Respondents Fair Notice, Opportunity, and an impartial third party witness and has complied with the lex fori Procedural Due Process Standards. This matter is Ripe for Judicial Review and meets all requirements for in rem liability against the vessel CITI BANK as the tortfeasor

## Bond of Jeremy Lafitte

35. This is the solemn promise of Jeremy Lafitte to indemnify any and all actors in this matter and effect payment for any and all valid claims of injury caused by the actions of Jeremy Lafitte in this tax payer supported court. Jeremy Lafitte believes that remedies and judgements afforded to him will cause no harm to the public

### PRAYER AND RELIEF

36. I hereby Pray to This Court That a Warrant In Rem for the arrest of Prize Property $16M as cargo goods, asset property Located at 1325 Broadway Oakland California 94612 may issue and all persons claiming an interest may be cited to appear and answer the matter in the complaint

37. I hereby Pray that the court issue declaration of a prejudgment award for $4,000,000 (four million) as compensation for the use of asset funds which petitioner had a property right in from the date of the Cause of action of the Maritime Lien stemming from August 27th 2014

38. I hereby Pray to this Court for a Declaratory Judgment to Declare the Prize Property forfeited and condemned to the Lien Claimant

39. I hereby Pray to this court to Declare that Petitioner has shown a prima fascia case that shows In Rem Liability and a Judicial Review of the Procedural due process of the Administrative Judgment in Estoppel

40. I hereby Pray to this court to issue a Declaration of the Lien Claimants Priority Lien rights against The Prize Property and all potential claimants once forfeited

41. I hereby Pray to the Court for a Judgment for $16M as damages for the death/total loss of the vessel resulting from collision and default under the general Maritime Law and to declare all Respondents strict liability Resulting from the Collision

42. I hereby Pray that this court issues a Prejudgment interest award Resulting from the Date 9-30-2014 of Default and Collision/ Total Loss of Vessel as compensation for the use of the total amount of the vessel $16M, as funds to which the petitioner had a Property Right in under the general maritime law

IN REM PRIZE ADJUDICATION

In Admiralty

I, Jeremy Lafitte, on my own unlimited commercial liability do state that I have read the above

affidavit and do know the contents to be true, correct, and complete, and not misleading, the

truth, the whole truth, and nothing but the truth.



Jeremy Lafitte, Lien Claimant Real Party in Interest          Date          6/16/16

NOTARY

I, _Lynda B. Hassan_ a notary public residing in Alameda county, California, state that on the
_16th_ day of _June_ month, 2016, that a man appearing in his true character as Jeremy Lafitte
and upon display of picture identification, did affix his autograph to the above affidavit.

NOTARY                                              date          6/16/16

Seal

LYNDA BAHEERAH HASSAN
COMMISSION #2063487
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
MY COMMISSION EXPIRES
APRIL 5, 2018

IN REM PRIZE ADJUDICATION

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1  Petition For InRem Prize Adjudication

2  _____

3  _____

4  _____

5  _____

6  _____

| Signature of Document Signer No. 1 | Signature of Document Signer No. 2 (if any) |
|---|---|

State of California

County of Alameda

Subscribed and sworn to (or affirmed) before me

on this 16th day of June, 20 16,
　　　　　Date　　　　　　　　Month　　　　　　　　Year

by

(1) Jeremy Lafiette ,
　　　　　　Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

　　　　　　　　　(and

(2)_____ ,
　　　　　　Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

**LYNDA BAHEERAH HASSAN**
COMMISSION #2063487
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
MY COMMISSION EXPIRES
APRIL 5, 2018

Place Notary Seal Above

Signature _____
　　　　　　Signature of Notary Public

Lynda B. Hassan

———————— *OPTIONAL* ————————

*Though the information below is not required by law, it may prove valu-*
*able to persons relying on the document and could prevent fraudulent*
*removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: Petition For InRem Prize Adjudication

Document Date: June 16, 2016       Number of Pages: 8

Signer(s) Other Than Named Above: None

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

© 2009 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)                    Item #5910

Exhibit JJ

# COPY CERTIFICATION BY DOCUMENT CUSTODIAN:

State of California )
) Scilicet
County of Alameda )

I Lynda B. Hassan , hereby swear (or affirm)
Name of Custodian of Original Document(s)

that the attached reproduction of:

Affidavit of Truth (2pgs), Proof of Mailing's (3)
Affidavit of Obligation (4pgs), Notice of Fault
Opportunity to Cure (3pgs), Certificate of Non-
Responses (3 original Documents), Notice of Default
(2pgs), California Jurats (3 original Documents), Secretary
of State Certification and Apostile (Certificate No.
81068) (2 Apostile's), Alameda County Clerk
Certification (No. 81068)

...is a TRUE, correct and complete photocopy of a document or documents in my
possession and I'm the custodian of said document or documents.

Lynda B. Hassan
Signature of Custodian of Original Document

634 Grand Ave Gad Fl Oakland, CA
Address/Locale . 94610-3553

Signature of Notary Public

Seal:

LYNDA BAHEERAH HASSAN
COMMISSION #2063487
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
MY COMMISSION EXPIRES
APRIL 5, 2018

**Affidavit of Obligation
Commercial Lien**
(This is a verified plain statement of fact)

**A 'SECURITY' [15 USC et seq.]
U.S.S.E.C. TRACER FLAG**
(not a point of law - under necessity, per
agreement of the parties and/or in
violation of Bill of Rights - 2nd para.)

**Maxims:**

All men and women know that the foundation of law and commerce exists in the telling of the truth, the Whole truth, and nothing but the truth.

Truth as a valid statement of reality is sovereign in commerce.

An unrebutted affidavit stands as truth in commerce.

An unrebutted affidavit is acted upon as the judgment in commerce.

Guaranteed—all men shall have a remedy by the due course of law. If a remedy does not exist, or if the Existing remedy has been subverted, then one may create a remedy for themselves and endow it with Credibility by expressing it in their affidavit. (Ignorance of the law might be an excuse, but it is not a valid Reason for the commission of a crime when the law is easily and readily available to anyone making a Reasonable effort to study the law.)

All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses, hence, governments cannot exercise the power to expunge commercial Processes.

The Legitimate Political Power of a corporate entity is absolutely dependent upon its possession of Commercial Bonds against Public Hazard, because no Bond means no responsibility, means no power of Official signature, means no real corporate political power, means no privilege to operate statutes as the Corporate vehicle.

The Corporate Legal Power is secondary to Commercial Guarantors. Case law is not a responsible Substitute for a Bond.

Municipal corporations which include cities, counties, states and national governments have no commercial Reality without bonding of the entity, its vehicle (statutes), and its effects (the execution of its rulings).

In commerce, it is a felony for the Officer of a Political/Public Office to not receive and report a Claim to Its Bonding Company, and it is a felony for the agent of a Bonding Company to not pay the Claim.

If a Bonding Company does not get a malfeasant public official prosecuted for criminal malpractice within Sixty (60) days then it must pay the full face value of a defaulted Lien process (at 90 days)

Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation, hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bond.

A foreclosure by a summary judgment (non-jury) without a commercial bond is a violation of commercial law.

Governments cannot make unbonded rulings or statutes which control commerce, free enterprise citizens, or sole proprietorships without suspending commerce by a general declaration of martial law.

It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully outside of or Without the Court.

An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.

An official who impairs, debauches, voids or abridges an obligation of contract or the effect of a Commercial lien without proper cause, becomes a lien debtor and his/her property becomes forfeited as the Pledge to secure the lien.  Pound breach (breach of impoundment) and rescue is a felony.

It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a commercial lien.

Notice to agent is notice to principal; notice to principal is notice to agent.


PUBLIC HAZARD BONDING OF CORPORATE AGENTS all officials are required by federal, state, And municipal law to provide the name, address and telephone number of their public hazard and Malpractice bonding company and the policy number of the bond and, if required, a copy of the policy Describing the bonding coverage of their specific job performance.  Failure to provide this information Constitutes corporate and limited liability insurance fraud (15 USC) and is prim-a-facie evidence and Grounds to impose a lien upon the official personally to secure their public oath and service of office.

ESTOPPEL BY ACQUIESCENCE:  In the event Respondent(s)/ Lien Debtors admits  to the charges by TACIT PROCURATION, all issues are deemed settled STARE DECISIS and Respondent (s)/ Lien Debtors may not, cannot, and will not argue, controvert, or otherwise protest the herein administrative findings, in any subsequent process or the finality thereof, whether administrative or judicial.
Respondent(s) / Lien Debtors is granted 10 days to respond to the statements and claims herein and/or to provide Respondents own answers to inquiries, With the exception of the additional Lien Debtor as being the Principle of the Agent (s) is granted 3 days to Respond

**Parties:**
Jeremy Lafitte/Lien Claimant
 C/o Notary Acceptor
Lynda B. Hassan
634 Grand Avenue
Oakland, California94610

Carmen M Yataco, dba Personal Banker
NMLS ID 671013
Citibank, N.A.
1325 Broadway
Oakland CA 94612

Mike Regan dba Manager
NMLS ID 724828 Citibank, N.A.
1325 Broadway
Oakland CA 94612

Other PARTIES/Lien Debtor:
Michael Corbal dba CEO of Citi Bank
399 Park Avenue
New York, NY 10043

JOHN DOES 1-10

Exhibit
1 B

## Allegations:

Allegations arise from the conduct of Carmen M Yataco and Mike Regan acting as Personal Bankers and Manager for CITY BANK 1325 Broadway Oakland Ca 94612 on 7/10/14. The allegations that follow are recorded in "AFFIDAVIT OF TRUTH" on file with a notary public/recording agent CM#7008-0150-0002-8159-0998.

1. When Carmen got to an option on the computer were it asked to put in a Social Security Number, She proceeded to ask me to provide my SSN, Then Countered and replied, I don't have a SSN please give me a W-8 form .She then replied that without this disclosure of a SSN she couldn't open an account

2. She then asked what country am I from in which I replied, California, and said I am a California National, to which she said California is not a country and everyone has to have a SSN

3. When she showed me her screen and said she couldn't select the option N/A were it asked for a SSN, she the stated a list of options that she could select in which one was Non Resident Alien. I then asked her to select that option to avoid arguing about my foreign status, and asked for a W-8 form

4. I told her that I have opened an account before at the same branch and location without discloser of a SSN and claiming U.S. citizenship, to which she said there was no way possible that I did

5. Carmen Called over Mike, the manager, to the conversation between us, to which he as manager assured and backed up the opinion that I can't have or open an account without a SSN.

6. I Then Looked them both in the eyes and gave them notice that denying me their services for failure to disclose a SSN is in fact contrary to Title 42 USC sec.408 which states that to deny someone any right, privilege, or benefit under color of law for failure to disclose a SSN, is a felony and carries a fine

7. Carmen and Mike then stated that the Patriot 2 act doesn't let me open an account without disclosing a SSN, and that the W-8 form is only for foreigners only as she saw and knew a foreigner to be

8. I then asked them how does the Patriot 2 act Supersede the United States Code, to which no response was given, and I then gave them notice that their actions were contrary to title 42 as stated above, and their action in fact carried a fine that may be enforced, and to make sure they had notice and opportunity and fully understood they were denying me rights, privileges and benefits for failure to disclose a SSN I asked one last time to let me fill out a W-8 form that involves my liability of perjury

9. Carmen then got upset and threatened to report me to someone because I didn't disclose a SSN, with my private info (name, address, etc.) already disclosed to her from showing her my identification, to which I felt endangered, I then gave her notice that she should not threaten customers based on emotions.

10. I then ask once again that would they like to open me an account with a W-8, to which they said they can't help me, and asked if they wouldn't mind if I seek formal resolutions for the denial/damage, to which they agreed that I can. I then said to have a nice day

## Proof of Allegations:

see "AFFIDAVIT OF TRUTH" on file with a notary public/recording agent CM#7008-0150-0002-8159-0998
see Certificate of Non-Response (see attached)

**Ledgering:** Ledgering for the violations of the United States Constitution and Title 42 and 18 against Jeremy Lafitte by Carmen Yataco and Mike Regan, CITY BANK 1325 Broadway Oakland Ca 94612 described in the "Allegations" above is under 18 USC 241, **CONSPIRACY AGAINST THE RIGHTS OF CITIZENS.** "If two or more persons conspire to injure, threaten, or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or– they shall be fined not more than $10,000 or imprisoned not more than 10 years, or both; and if death results they shall be subject to imprisonment for any term of years or for life". And **42USC sec.408** whoever... (8) Discloses, uses, or compels the disclosure of the social security number of any person in violation of laws of the United States; shall be guilty of a felony , fined under title 18 or both. Also under **18 USC 242** Whoever under any law, Statue, ordinance, regulation or custom, willfully subjects an person in any state, Territory, or District to the deprivation of any right, Privileges, or immunities secured or protected by the constitution or laws of the United States…shall be fined, imprisoned or both. **42 USC sec 1983** further provides

that a violator "shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress

(CLEOPATRA HASLIP et al.

V.

PACIFIC MUTUAL LIFE INSURANCE, INC.

499 U.S.1, 113 Fed 2d 1, 111 sect 1032 (no. 89-1279)

For Conversion                                              4 times for Compensatory Damages
                                                           200 times for Punitive

Damages

Title 18 sec 242, and 241, and also Title 42 sec. 408, and sec. 1983, have all been violated from the described acts above valued all together at $10,000 a piece, excluding title 42 sec1983 which is $1000 per violation, and also including (CLEOPATRA HASLIP awarded 4x Compensatory Damages and 200 Punitive Damages), for the intentional damages after notice was fairly given

**Surety:** There are four Title (USC) (18 and 42) and Constitutional Violations valued all together by me at $10,000 for all four violations, times two (2) Lien Debtors, plus 4x Compensation Damages and 200x Punitive Damages in reference to the case above for a total value of this bill of sixteen million dollars ($16,000,000.00) in Functional Currency of the United States. Demand is now made for Payment of $16,000,000.00 by Lien Debtors The surety/property utilized to guarantee the payment of this commercial lien is the operational/commercial bonds of each of the Lien Debtors including the banks in which they represent. If the bond(s) of the Lien Debtors is/are insufficient for coverage the payment(s) the assets of the Lien Debtor(s) will be utilized as follows:  all the real, personal and moveable property and bank and savings/checking accounts, stocks, bonds, uncertified securities etc. of the Lien Debtors except wedding rings, keepsakes, family photographs, diaries, journals, etc., and the property normally exempted in the lien process (includes survival provisions).

I, Jeremy Lafitte, certify on my own full commercial liability that I have read the above affidavit and do know the contents to be true, correct and complete, and not misleading, the truth, the whole truth, and nothing but the truth, and do believe that the above described acts have been committed contrary to law.

                                                           Jeremy Lafitte
                                                           c/o Notary Acceptor

NOTARY

On this date, _August 11, 2014_, a man who identified himself as Jeremy Lafitte appeared before me, a Notary and attested to the truth of this affidavit with his signature.

NOTARY PUBLIC

Seal



LYNDA BAHEERAH HASSAN
COMMISSION #2063487
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
MY COMMISSION EXPIRES
APRIL 5, 2018



# State of California

## SECRETARY OF STATE

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That, Lynda Baheerah Hassan was, on August 11, 2014, a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, empowered to act as such Notary in any part of this State and authorized to take the acknowledgment or proof of powers of attorney, mortgages, deeds, grants, transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the office or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

In Witness Whereof, I execute this certificate and affix the Great Seal of the State of California this 24th day of October 2014.



*Debra Bowen*

Secretary of State

# State of California
## Secretary of State

| APOSTILLE | |
|---|---|
| (Convention de La Haye du 5 octobre 1961) | |

| ntry:<br>/ País: | United States of America |
|---|---|

| s public document<br>résent acte public / El presente documento público | |
|---|---|

| s been signed by<br>e signé par<br>sido firmado por | *Lynda Baheerah Hassan* |
|---|---|
| ting in the capacity of<br>ssant en qualité de<br>ien actúa en calidad de | *Notary Public, State of California* |
| ears the seal / stamp of<br>st revêtu du sceau / timbre de<br>está revestido del sello / timbre de | *Lynda Baheerah Hassan , Notary Public, State of California* |

| Certified | | | |
|---|---|---|---|
| Attesté / Certificado | | | |
| at<br>a  en | Sacramento, California | **6.** the<br>le / el día | *24th day of October 2014* |
| by<br>par / por | Secretary of State, State of California | | |
| . N°<br>sous n°<br>bajo el número | *48119* | | |
| 9. Seal / stamp:<br>Sceau / timbre:<br>Sello / timbre: | *(seal of California)* | **10.** Signature:<br>Signature:<br>Firma: | *Debra Bowen* |

This Apostille is the trilingual model Apostille Certificate as suggested by the Permanent Bureau and developed in response to the 2009 Special Commission on the practical operation of the Hague Apostille Convention.
This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.
To verify the issuance of this Apostille, see: www.sos.ca.gov/business/notary/apostille-search/.

---

Cette apostille est le modèle d'Apostille trilingue tel que suggéré par le Bureau Permanent et élaboré en réponse à la Commission spéciale de 2009 sur le fonctionnement pratique de la Convention de La Haye Apostille.
Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu. Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
L'utilisation de cette Apostille n'est pas valable en / au États-Unis d'Amérique, ses territoires où possessions.
Cette Apostille peut être vérifiée à l'adresse suivante: www.sos.ca.gov/business/notary/apostille-search/.

---

Esta apostilla es el modelo trilingüe Certificado de Apostilla según lo sugerido por la Oficina Permanente y desarrollado en respuesta a la Comisión especial de 2009 sobre el funcionamiento práctico del Convenio de La Haya sobre Apostilla
Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
No es válido el uso de esta Apostilla en Estados Unidos de América, sus territorios o posesiones.
Esta Apostilla se puede verificar en la dirección siguiente: www.sos.ca.gov/business/notary/apostille-search/.

Sec State Form NP-40 SAC (11/2011)



# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

*Affidavit Of Obligation Commercial Lien*

_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

State of California
County of *ALAMEDA*

Subscribed and sworn to (or affirmed) before me

on this *17th* day of *August 11*, 20*2014*
         Date              Month              Year

by

(1) *Jeremy R Lafette*,
                    Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

                    (and

(2) _____
                    Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____ *Notary*
                    Signature of Notary Public

**LYNDA BAHEERAH HASSAN**
**COMMISSION #2063487**
**NOTARY PUBLIC - CALIFORNIA**
**ALAMEDA COUNTY**
**MY COMMISSION EXPIRES**
**APRIL 5, 2018**

Place Notary Seal Above

――――――――― OPTIONAL ―――――――――

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Any Attached Document**

Title or Type of Document: *Affidavit of Obligation*
*Commercial Lien*

Document Date: *Aug. 11, 2014*     Number of Pages: *4*

Signer(s) Other Than Named Above: *None*

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)     Item #5910



# AFFIDAVIT OF TRUTH

## This is a verified plain statement of truth

I, Jeremy Lafitte, depose and say the following: Jeremy Lafitte (hereafter I, me, or myself) on 7/10/2014 at about 1:25 P.M went into the CITI BANK branch located at 1325 Broadway Oakland, CA 94612 to open up a checking account. I was approached by Mike Regan, the manager, and asked if I needed help for that day. I then agreed and told him I would be interested in opening a checking account, in which he said he would be happy to assist me in availing that service. Mike Regan then Proceeded to have me have a seat until someone was able to assists me in my needs, and offered me a cup of water in which I said yes. About 10 min after waiting I was then approached by Carmen M. Yataco, a personal banker, in which she greeted me and offered to help with the service I was seeking for that day. We then sat down at a station and began talking about certain bank accounts and other services the bank had to offer. Carmen M. Yataco then asked me about my life and interest to which I proceeded to tell her about my studies of law and knowledge of banking. We talked about Securities, Investment accounts, Sweep account, etc. and she proceeded to tell me about her career as a banker, past law studies that she had completed in the past, her time working at San Quentin Prison doing appeals for death row inmates, and her student loan debt she had incurred in the past. We had a great conversation in which she also wrote down a movie she suggested I should watch pertaining to banking and a few web sites also to broaden my knowledge on banking and law. Simultaneously with the conversation and topics mentioned above she was suggesting I open a student account, due to its good function for a student as myself, in which I agreed, while she began to take down my name and address, when Carmen got to the option on her computer to put in a Social Security Number (SSN) she asked me what my SSN is. I then said I don't have a SSN please select option N/A and requested a W8 form. Carmen then began to have concerns as it were, and told me that without a SSN, she and the bank couldn't open an account for me. She then asked what county am I from, in which I replied California, and said I am a California national. Carmen then said every U.S. citizen has a SSN and California is not a country. I told her I don't claim U.S. citizenship and the United States only consisted of the 10 square miles of D.C that was ceded to it in the constitution, and that's when she showed me her screen and said she couldn't select the option N/A were it requested a SSN, but she did say the option Non Resident Alien was available, to which I asked her to just to select to avoid her option about my country being California, and requested a W8 form. Carmen then got upset as it were and gave her opinion about how California is not a country and that everyone she has worked with has to claim to be a U.S citizen with a SSN to open an account. I then told her I have opened an account before at the same branch with a W8 form not claiming U.S citizenship. She then testified that I am a U.S. citizen, I have a SSN, and I couldn't have a California I.D without giving a SSN, to which I told her I didn't disclose a SSN for the I.D neither, and then she stated I could have never opened an account without a SSN and that she needed to witness special foreign documents for her to see for me to be able to fill out a W8 form myself. Carmen then called over Mike to back up her position to which Mike agreed with all of her opinions. I then looked at them both in the eyes, stated and gave them notice that there insistences on forcing me to have and give a SSN to be able for them to avail myself of their services is in fact contrary to Title **42 USC Sec. 408,** in which it is a felony and a fine of $10,000.00 to deny someone of any right, Privilege, Or benefit under color of law for failure to disclose a SSN. Carmen then stated the

Patriot 2 act does not let her open accounts for failure to give certain info, and a W8 is only for foreigners, as her definition of foreigner appeared to be. I then asked how the Patriot 2 act supersedes Title 42 USC, to which no response was given. Mike and Carmen then said they can't and will not help me with anything and I gave one more notice of the violation that was happening, as it was contrary to Title 42, to make sure they agreed to what they were doing in denying me a bank account for failure to disclose a SSN. Carmen then got upset, threatened to report me for failure to disclose a SSN or withhold, and told me to go back to school because I'm obviously UN educated and also the people that were teaching me. I then told her she shouldn't threaten people for future reference and asked if they wouldn't mind me seeking formal resolutions. They still held their position of not opening an account with no SSN and said they don't mind and care what measures I took for the acts that were described above, after that I then left the branch and told them to have a nice day and nothing is personal just business.

I, Jeremy Lafitte, certify on my own commercial liability that I have read the above affidavit and do know the contents to be true, correct and complete, and not misleading, the truth, the whole truth, and nothing but the truth, and do believe the above described acts to have been committed contrary to law.

Signed 
Jeremy Lafitte
C/o Notary Acceptor

NOTARY

Respondents:

Carmen M Yataco
Personal Banker
NMLS ID: 671013
Citibank, N.A
1325 Broadway
Oakland, CA 94612

Mike Regan
Branch Manager
NMLS ID: 724828
Citibank, N.A
1325 Broadway
Oakland, CA 94612



LYNDA BAHEERAH HASSAN
COMMISSION #2063487
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
MY COMMISSION EXPIRES
APRIL 5, 2018

Exhibit 2B

# State of California
## Secretary of State

### APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| **1. Country:**<br>Pays / Païs: | United States of America |

| | |
|---|---|
| **This public document**<br>Le présent acte public / El presente documento público | |

| | |
|---|---|
| **2. has been signed by**<br>a été signé par<br>ha sido firmado por | *Patrick O'Connell* |
| **3. acting in the capacity of**<br>agissant en qualité de<br>quien actúa en calidad de | *County Clerk* |
| **4. bears the seal / stamp of**<br>est revêtu du sceau / timbre de<br>y está revestido del sello / timbre de | *County of Alameda, State of California* |

### Certified
Attesté / Certificado

| | | | |
|---|---|---|---|
| **5. at**<br>à / en | Sacramento, California | **6.the**<br>le / el día | *24th day of October 2014* |
| **7. by**<br>par / por | Secretary of State, State of California | | |
| **8. Nº**<br>sous nº<br>bajo el número | *61009* | | |
| **9. Seal / stamp:**<br>Sceau / timbre:<br>Sello / timbre: | [seal] | **10. Signature:**<br>Signature:<br>Firma: | *Debra Bowen* |

This Apostille is the trilingual model Apostille Certificate as suggested by the Permanent Bureau and developed in response to the 2009 Special Commission on the practical operation of the Hague Apostille Convention.
This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.
To verify the issuance of this Apostille, see: www.sos.ca.gov/business/notary/apostille-search/.

-----------------------------------------------------------------------------------------------------

Cette apostille est le modèle d'Apostille trilingue tel que suggéré par le Bureau Permanent et élaboré en réponse à la Commission spéciale de 2009 sur le fonctionnement pratique de la Convention de La Haye Apostille.
Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
L'utilisation de cette Apostille n'est pas valable en / au États-Unis d'Amérique, ses territoires où possessions.
Cette Apostille peut être vérifiée à l'adresse suivante: www.sos.ca.gov/business/notary/apostille-search/.

-----------------------------------------------------------------------------------------------------

Esta apostilla es el modelo trilingüe Certificado de Apostilla según lo sugerido por la Oficina Permanente y desarrollado en respuesta a la Comisión especial de 2009 sobre el funcionamiento práctico del Convenio de La Haya sobre Apostilla.
Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
No es válido el uso de esta Apostilla en Estados Unidos de América, sus territorios o posesiones.
Esta Apostilla se puede verificar en la dirección siguiente: www.sos.ca.gov/business/notary/apostille-search/.

Sec/State Form NP-40 SAC (11/2011)



# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

*Affidavit of Truth*

X _____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

State of California

County of ALAMEDA

Subscribed and sworn to (or affirmed) before me

on this 25th day of July, 2014,
          Date        Month              Year

by

(1) JERMLY LAPiHE,
         Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2) _____
         Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
              Signature of Notary Public
                  Notary Public

**LYNDA BAHEERAH HASSAN**
COMMISSION #2063487
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
MY COMMISSION EXPIRES
APRIL 5, 2018

Place Notary Seal Above

---

## COUNTY CLERK'S CERTIFICATE AS TO NOTARY PUBLIC    No. 81068

California  }
of Alameda  } ss

I, Patrick O'Connell, County Clerk of Alameda, State of California, having by law a seal, do hereby certify that

**LYNDA BAHEERAH HASSAN**

whose name is subscribed to the attached certificate of proof, acknowledgement or affidavit, was at the time of taking such acknowledgement or affidavit a Notary Public in and for said Alameda County, duly commissioned and qualified and residing in said county, and was as such an officer of the State of California, duly authorized by the laws hereof to administer oaths or affirmations and to take and certify the proof and acknowledgement of deeds and other instruments in writing to be recorded in said State, and that full faith and credit are and ought to be given all his official acts as such Notary Public, and that I am well acquainted with the handwriting of said Notary Public and verily believe that the signature to the attached certificate is the genuine signature and that the annexed instrument is executed and acknowledged according to the laws of the State of California, and I further certify that an impression of the seal of said Notary Public is not required by law to be filed in my office.

OCT 0 7 2014

In witness whereof I have hereunto set my hand and affixed my official seal



Exhibit 3

Certificate of Non-Response

I, _Lynda B. Hassan_ a notary public residing in Alameda county,
California, do say that as of _August 11,_____ ,2014, that there has not been any
written response to Affidavit of Truth by Carmen Yataco nor Mike Regan, sent Certified
Mail Return Receipt to me.

NOTARY PUBLIC

Seal:



LYNDA BAHEERAH HASSAN
COMMISSION #2063487
NOTARY PUBLIC · CALIFORNIA
ALAMEDA COUNTY
MY COMMISSION EXPIRES
APRIL 5, 2018

Exhibit 9 

## PROOF OF MAILING AND CONTENTS MAILED

By the undersigned's full commercial liability, the undersigned hereby certifies that the following statement is true, correct, complete, certain and not misleading to the best of the Undersigned's knowledge and belief.

That the undersigned is a man upon the land on California state, the Republic, over the age of twenty-one (21) years and competent to be a witness.

That a true, correct and complete original copy of the: Affidavit of Truth was mailed to:

Mike Regan
Branch Manager
NMLS ID: 724828
Citibank, N.A
1325 Broadway
Oakland, CA 94612

and

Carmen M Yataco
Personal Banker
NMLS ID: 671013
Citibank, N.A
1325 Broadway
Oakland, CA 94612

By personal service or

By:  Certified Mail, Return Receipt Requested, Cert. No.  *7008015000281590998*

By United States Postal Service, first-class postage, prepaid this *26th* day of *July*, _____ AD, 2014, at Oakland, California.

_____
NOTARY PUBLIC FOR California

Doing business in Alameda county, California

Certificate of Non-Response


I,  , a notary public residing in Alameda county,
California, do say that as of _Sept. 11_ ,2014, that there has not been any
written response to Affidavit of Obligation/Commercial Lien by Carmen Yataco, Micheal
Corbal nor Mike Regan, sent Certified Mail Return Receipt to me.


NOTARY PUBLIC


Seal:

LYNDA BAHEERAH HASSAN
COMMISSION #2063487
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
MY COMMISSION EXPIRES
APRIL 5, 2018

Exhibit 6

## PROOF OF MAILING AND CONTENTS MAILED

By the undersigned's full commercial liability, the undersigned hereby certifies that the following statement is true, correct, complete, certain and not misleading to the best of the Undersigned's knowledge and belief.

That the undersigned is a man upon the land on California state, the Republic, over the age of twenty-one (21) years and competent to be a witness. That a true, correct and complete original copy of the: Affidavit of Truth(2pgs), Affidavit of Obligation( 4pgs) was mailed to:

Mike Regan
Branch Manager
NMLS ID: 724828
Citibank, N.A
1325 Broadway
Oakland, CA 94612

and

Carmen M Yataco
Personal Banker
NMLS ID: 671013
Citibank, N.A
1325 Broadway
Oakland, CA 94612

And

Micheal Corbal dba CEO
Citi Bank
399 Park Avenue
New York, NY 10043
By personal service or

By: Certified Mail, Return Receipt Requested, Cert. No. 7014 1200 0001 4752 6637 M R
CM# 7014 1200 0001 4752 4480 M C   CM# 7014 1200 0001 4752 6644 C.F
By United States Postal Service, first-class postage, prepaid this 27th day of August AD, 2014, at Oakland, California.

NOTARY PUBLIC FOR California

Doing business in Alameda county, California

## NOTICE OF FAULT AND OPPORTUNITY TO CURE

**Parties:**   Jeremy Lafitte/Lien Claimant
C/o Notary Acceptor
634 Grand Ave
Oakland, California [94610]

Carmen M. Yataco/ Lien Debtor
CITY BANK PERSONAL BANKER NMLS ID 671013
1325 Broadway
Oakland, California 94612

Mike Regan
CITI BANK MANAGER NMLS ID 724828
1325 Broadway
Oakland, California 94612
Other PARTIES/Lien Debtor:

Micheal Corbal, dba CEO OF CITI BANK
399 Park Avenue
New York, NY 10043

JOHN DOES 1-10

Affidavit of Obligation Commercial Lien on file at Notary Acceptor Recorder's Office, Oakland, California Alameda county   CM# 7014-1200-0001-4752-6637- Mike Regan, CM#7014-1200-0001-4752-4480-Micheal Corbal , CM#7014-1200-0001-4752-6644-Carmen M. Yataco

VERIFICATION

Alameda county                       )
                                     )          Verified Declaration
The state of California              )

Declarant, Jeremy Lafitte, on his Commercial Oath with unlimited liability, proceeding in good faith, and being of sound mind states:  the facts contained herein are true, correct, and complete and not misleading to the best of Declarant's private firsthand knowledge and understanding "So-help-me-God" under penalty of International Commercial Law.

_____
Jeremy Lafitte

The State of California              }
                                     } ss
Alameda county                       }

Subscribed before me, _Lynda Hassan_____, a Notary Public, this day of
_9-11-2014_.

_____
NOTARY

## STATEMENT OF FACTS

1. On or about 8/28/14 Mike Regan/Lien Debtor, dba MANAGER and Carmen M. Yataco/Lien Debtor dba PERSONAL BANKER of CITI BANK received service of Affidavit of Obligation Commercial Lien.

2. On or about 9/5/14 Micheal Corbal/Lien Debtor dba CEO OF CITI BANK received service of Affidavit of Obligation Commercial Lien

3. Neither Mike Regan/Lien Debtor, dba MANAGER and Carmen M. Yataco/Lien Debtor dba PERSONAL BANKER of CITI BANK as of the 11th of September 2014 has responded to the Affidavit of Obligation Commercial Lien nor effected the remedy.

4. Micheal Corbal dba CEO OF HEADQUARTERS CITI BANK as of the 11th of September 2014, has responded to the Affidavit of Obligation Commercial Lien nor effected the remedy

5. Mike Regan/Lien Debtor, dba MANAGER and Carmen M. Yataco/Lien Debtor dba PERSONAL BANKER and Micheal Corbal dba CEO OF HEADQUARTERS CITI BANK are at fault.

6. As an operation of law Lien Debtor(s) by dishonor of Affidavit of Obligation Commercial Lien have created a fault.

## OPPORTUNITY TO CURE

In the event that Lien Debtor(s)'s failure to take the remedy offered in AFFIDAVIT OF OBLIGATION was an oversight, mistake or otherwise unintentional, Jeremy Lafitte/Lien Claimant grants Len Debtor(s) three (3) days, exclusive of the day of receipt, to cure the fault and effect the remedy.

Failure to cure will constitute, as an operation of law, the FINAL admission of the obligation by Lien Debtor(s) through *tacit procuration* to the Affidavit of Obligation Commercial Lien and the whole matter shall be deemed *res judicata and stare decisis.*

Response by Lien Debtor(s) must be served on Jeremy Lafitte/Lien Claimant exactly as provided:

> Jeremy Lafitte
> c/o Notary Acceptor
> 634 Grand Ave
> Oakland, California [94610]

Jeremy Lafitte/Lien Claimant awaits Lien Debtor(s)'s timely response.

Given under my hand and seal this the 11th day of September, 2014.

By: _____
    Jeremy Lafitte/Lien Claimant

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. *Notice of Fault And Opportunity to Cure*
2.
3.
4.
5.
✱ 6. _____

Signature of Document Signer No. 1       Signature of Document Signer No. 2 (if any)

State of California

County of : *ALAMEDA*

**LYNDA BAHEERAH HASSAN**
COMMISSION #2063487
NOTARY PUBLIC · CALIFORNIA
ALAMEDA COUNTY
MY COMMISSION EXPIRES
APRIL 5, 2018

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me

on this *11th* day of *Sept.*, 20 *14*,
    Date            Month          Year

by

(1) *Jeremy Lafitte*,
                 Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2)_____,
                 Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
                 Signature of Notary Public

--- **OPTIONAL** ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

**Further Description of Any Attached Document**

Title or Type of Document: *Notice of Fault And Opportunity To Cure*

Document Date: *Sept. 11, 2014*    Number of Pages: *3*

Signer(s) Other Than Named Above: *None*

© 2009 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)       Item #5910

Certificate of Non-Response

I, _Lynda B. Hassan_, a notary public residing in Alameda county, California, do say that as of _Sept. 30_, ,2014, that there has not been any written response to Notice of Fault/Opportunity to Cure by Micheal Corbal Carmen Yataco nor Mike Regan, sent Certified Mail Return Receipt to me.

NOTARY PUBLIC

Seal:

LYNDA BAHEERAH HASSAN
COMMISSION #2063487
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
MY COMMISSION EXPIRES
APRIL 5, 2018

## PROOF OF MAILING AND CONTENTS MAILED

By the undersigned's full commercial liability, the undersigned hereby certifies that the following statement is true, correct, complete, certain and not misleading to the best of the Undersigned's knowledge and belief.

That the undersigned is a man upon the land on California state, the Republic, over the age of twenty-one (21) years and competent to be a witness. That a true, correct and complete original copy of the: Affidavit of Truth(2pgs), Affidavit of Obligation( 4pgs) , Notice of Fault Opportunity to Cure (3pgs) was mailed to:

Mike Regan
Branch Manager
NMLS ID: 724828
Citibank, N.A
1325 Broadway
Oakland, CA 94612

and

Carmen M Yataco
Personal Banker
NMLS ID: 671013
Citibank, N.A
1325 Broadway
Oakland, CA 94612

And

Micheal Corbal dba CEO
Citi Bank
399 Park Avenue
New York, NY 10043
By personal service or

By:  Certified Mail, Return Receipt Requested, Cert. No. 7014 1200 0001 4751 3026  M.C.
CM# 7014 1200 0001 4751 3002 m R  CM# 7014 1200 0001 4751 3019  C.Y
By United States Postal Service, first-class postage, prepaid this 12ᵗʰ day of September_____ AD, 2014, at
Oakland, California

_____
NOTARY PUBLIC FOR California

Doing business in Alameda county, California

# NOTICE OF DEFAULT

**Parties:**    Jeremy Lafitte/Lien Claimant
C/o Notary Acceptor
634 Grand Ave
Oakland, California [94610]

Carmen M. Yataco/ Lien Debtor
CITY BANK PERSONAL BANKER NMLS ID 671013
1325 Broadway
Oakland, California 94612

Mike Regan
CITI BANK MANAGER NMLS ID 724828
1325 Broadway
Oakland, California 94612
Other PARTIES/Lien Debtor:

Micheal Corbal, dba CEO OF CITI BANK
399 Park Avenue
New York, NY 10043

JOHN DOES 1-10

Affidavit of Obligation Commercial Lien on file at Notary Acceptor Recorder's Office, Oakland, California Alameda county CM# 7014-1200-0001-4752-6637- Mike Regan, CM#7014-1200-0001-4752-4480-Micheal Corbal , CM#7014-1200-0001-4752-6644- Carmen M. Yataco

VERIFICATION

Alameda county      )
                        )     Verified Declaration
The state of California  )

Declarant, Jeremy Lafitte, on his Commercial Oath with unlimited liability, proceeding in good faith, and being of sound mind states: the facts contained herein are true, correct, and complete and not misleading to the best of Declarant's private firsthand knowledge and understanding "So-help-me-God" under penalty of International Commercial Law.

Jeremy Lafitte

The State of California    }
                             } ss

Exhibit 10ª

Alameda county               }

Subscribed before me, Lynda B. Hassan , a Notary Public, this day of
Sept. 30 th 2014.

_____
NOTARY

## STATEMENT OF FACTS

1. On 9/15/14 Mike Regan/Lien Debtor, dba MANAGER and Carmen M. Yataco/Lien Debtor dba PERSONAL BANKER of CITI BANK received service of Notice of Fault/Opportunity to Cure. On 9/26/14 Micheal Corbal dba CEO of CITI BANK received service of Notice of Fault/Opportunity to Cure. All Notices were mailed out on 9/12/2014

2. Neither Lien Debtors as of the 30th day of September, 2014 has responded to the Notice of Fault/Opportunity to Cure nor effected the remedy.

3. Mike Regan/Lien Debtor, dba MANAGER and Carmen M. Yataco/Lien Debtor dba PERSONAL BANKER, and Micheal Corbal dbs CEO of CITI BANK are in default.

By the terms and conditions of the preceding lien and notice of fault you are under obligation to timely and in good faith respond or make proper answer with proof of your claim. Your failure to do so is a dishonor and places you at **default.**

By your **default**, you are deemed to be in bad faith, violation of public trust, bond, and/or ministerial duty to do that which is right, that you have instanter waived, yielded up any claim to your original claim.

This matter is *stare decisis and res* judicata and lien debtors are in estoppel by their failure to respond.

Given under my hand and seal this the 30th day of September, 2014.

By: _____
    Jeremy Lafitte/Lien Claimant

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1  *Notice of Default*

2

3

4

5

6

X _____
(Signature of Document Signer No. 1)

_____
Signature of Document Signer No. 2 (if any)

State of California

County of *Alameda*

Subscribed and sworn to (or affirmed) before me

on this *30th* day of *Sept.*, 20 *14*,
       Date        Month       Year

by

(1) *Jeremy Lafitte*,
       Name of Signer

**LYNDA BAHEERAH HASSAN**
COMMISSION #2063487
NOTARY PUBLIC · CALIFORNIA
ALAMEDA COUNTY
MY COMMISSION EXPIRES
APRIL 5, 2018

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2) _____,
       Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
Signature of Notary Public

Place Notary Seal Above

       *Notary Public*

---

**OPTIONAL**

---

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: *Notice of Default*

Document Date: *9/30/2014*    Number of Pages: _____

Signer(s) Other Than Named Above: _____

© 2009 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910